**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AIP URTHECAST LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> NEBARI HOLDINGS, LLC, DANIEL FREUMAN, CLARK GILLAM, NEBARI NATURAL RESOURCES CREDIT FUND I, LP, and NEBARI GOLD FUND 1, LP, <br><br> Defendants. | No. 1:26-cv-01882-LAP |

## [PROPOSED] ORDER OF REMAND

Based upon the stipulated motion of the parties, it is hereby ORDERED that this matter

be remanded to New York Supreme Court, New York County, under Index No. 152029/2026.

Each party shall bear its own costs and expenses incurred as a result of the removal.

DATED this 30th day of March, 2026

_Loretta A. Preska_
The Honorable Loretta A. Preska
United States District Judge

3